UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JEREME DEAN,<br><br>        Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, and DOES 1 to 10, Inclusive,<br><br>        Defendant. | Case No. CV 13-6119 CBM (MRWx)<br><br>**ORDER TO DISMISS ACTION *WITHOUT* PREJUDICE [JS-6]** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed *without* prejudice against all parties. Each party is to bear their own attorneys' fees and costs.

DATED: May 28, 2014

_____
HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE